UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO.: 4:24-CV-00056-FL

| QUANISHA PARKS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHERIFF JACOB ROGERS, in his Official Capacity, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO.: 4:24-CV-00055-FL

| CLAYTON BONEY, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHERIFF JACOB ROGERS, in his Official Capacity, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING CONSENT MOTION TO CONSOLIDATE**

THIS CAUSE is before the Court upon the consent motion of Defendant Jacob Rogers for an order consolidating these matters. The undersigned, having considered said motion, hereby finds that consolidation of these cases will promote judicial economy and efficiency

without burden or prejudice to any party and will reduce the risk of inconsistent determinations regarding the legal theories of the claims asserted and, therefore, find this motion should be ALLOWED.

NOW THEREFORE, the motion is GRANTED, and the case of <u>Clayton Boney v. Sheriff Jacob Rogers</u>, File No. 4:24-CV-00055-FL, should be consolidated with the case of <u>Quanisha Parks v. Sheriff Jacob Rogers</u>, File No. 4:24-CV-00056-FL, before The Honorable Louise W. Flanagan, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Despite consolidation, these two civil actions will retain their independent character. <u>Seabrooks v. Evans Delivery Co.</u>, Civil Action No. 5:20-cv-00039 (W.D. Va. Oct. 16, 2020) (quoting <u>Hall v. Hall</u>, 584 U.S. 59, 77 (2018).

The Clerk is instructed to transfer File No. 4:24-CV-00055-FL to the docket of File No. 4:24-CV-00056-FL, and Parties are instructed to file pleadings, motions, and other such documents during the pendency of this case only within the consolidated case file, under File No. 4:24-CV-00056-FL. The clerk is DIRECTED to administratively close File No. 4:24-CV-00055-FL after the filing of this order, and to not accept any further filings in that case, until further order of the court.

SO ORDERED, this the 18th day of June, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge